

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00662-CV

In re **AMERICAN BLOCK COMPANY**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Lori Massey Brissette, Justice
Velia J. Meza, Justice

Delivered and Filed: February 19, 2025

PETITION FOR WRIT OF MANDAMUS DISMISSED

On February 11, 2025, relator filed an unopposed motion to dismiss, asking this court to dismiss this mandamus proceeding because the parties have agreed to settle the underlying lawsuit. Accordingly, relator's petition for writ of mandamus is DISMISSED AS MOOT. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2017CL19418, styled *Carlos Gonzalez v. Pioneer Natural Resources USA, Inc., Schlumberger Technology Corporation, Completion Equipment Rental, Inc., P&W Sales, Inc., American Block Company, and Dynamic Flow Products Pvt. Ltd.*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Marisa Flores presiding.